■
**Joseph BECKER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 84141.**

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 11, 2005.

Motion for Rehearing and/or Transfer to
Supreme Court Denied March 23, 2005.

Application for Transfer Denied
April 26, 2005.

Kent Denzel, Assistant Public Defender,
Columbia, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen.,
Lisa M. Kennedy, Assistant Attorney Gen-
eral, Jefferson City, MO, for Respondent.

**416**

Before GARY M. GAERTNER, SR., P.J., SHERRI B. SULLIVAN, J. and BOOKER T. SHAW, J.

### ORDER

PER CURIAM.

Appellant, Joseph Becker ("Movant"), appeals from the judgment of the Circuit Court of Franklin County denying his Rule 24.035 motion for post-conviction relief after an evidentiary hearing. Movant pleaded guilty to first degree murder, section 565.020 RSMo (2000). Movant was sentenced to life imprisonment without parole. We affirm.

We have reviewed the briefs of the parties and the record on appeal. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 84.16(b). We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision.